UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SKIP KEYSER REALTY, INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-07409-SI<br><br>**JUDGMENT** |

　　The Court has dismissed the complaint without leave to amend as to plaintiff's ADA claims, and without prejudice as to plaintiff's Unruh Act claims. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 26, 2022

　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge